**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Doğukan G., | Case No. 25-CV-1151 (JMB/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Donald J. Trump, in his official capacity as President of the United States; Joel Brott, in his official capacity as Sherburne County Sheriff; Peter Berg, in his official capacity as the St. Paul Field Office Director for U.S. Immigration and Customs Enforcement; Jamie Holt, in her official capacity as Homeland Security Investigations St. Paul Special Agent in Charge, U.S. Immigration and Customs Enforcement; Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Kristi Noem, in her official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and Marco Rubio, in his official capacity as Secretary of State, | |
| Respondents. | |

**IT IS ORDERED** that:

1. Respondents are directed to file an answer to Doğukan G,'s petition for a writ of habeas corpus no later than April 4, 2025 certifying the true cause

1

and proper duration of Doğukan G.'s confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Doğukan G.'s detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining respondents' legal position on Doğukan G.'s claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Doğukan G. intends to file a reply to respondents' answer, Doğukan G. must do so within 7 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: April 2, 2025                     _s/Douglas L. Micko_____
                                          Douglas L. Micko
                                          United States Magistrate Judge