UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Doğukan Günaydın,

    Petitioner,

v.

Donald J. Trump, *in his official capacity as President of the United States*; Joel Brott, *in his official capacity as the Sherburne County Sheriff*; Peter Berg, *in his official capacity as the St. Paul Field Office Director for U.S. Immigration and Customs Enforcement*; Jamie Holt, *in her official capacity as Homeland Security Investigations St. Paul Special Agent in Charge, U.S. Immigration and Customs Enforcement*; Todd Lyons, *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement*; Kristi Noem, *in her official capacity as Secretary of the United States Department of Homeland Security*; and Marco Rubio, *in his official capacity as Secretary of State*,

    Respondents.

File No. 25-CV-01151 (JMB/DLM)

**ORDER**

---

    The Court is aware that Petitioner Doğukan Günaydın and DHS have appeared for hearings in Günaydın's deportation proceedings in immigration court on April 11, 2025 and on April 15, 2025.  The Court requires further information on the representations made during and the outcome of such proceedings in order to analyze and resolve the issues before it in this matter.  Therefore, IT IS HEREBY ORDERED THAT:

    1.    The Government shall provide the Court with either audio recordings or written transcripts of the April 11, 2025 and April 15, 2025 immigration court hearings by or before **12:00 p.m. CT** on **April 17, 2025**.

2. The Government shall provide the Court with copies of any written orders that have issued or will be issued related to the proceedings in immigration court on April 11, 2025 and April 15, 2025 by no later than twenty-four hours after any such orders issue.

Dated: April 16, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court